UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>            Plaintiff,<br><br>      v.<br><br>RAMADA WORLDWIDE, INC.,<br><br>            Defendants. | Case No.: C 09-4396 PVT<br><br>**ORDER TO SHOW CAUSE W**HY **C**ASE **S**HOULD **N**OT **B**E **D**ISMISSED FOR **F**AILURE TO **P**ROSECUTE |

This action was removed to this court from state court on September 18, 2009.  Pursuant to the Scheduling Order for Cases Asserting Denial of Right of Access under Americans with Disabilities Act Title II & III (42 U.S.C. §§ 12131–89), the last day for Plaintiff to file a "Notice of Need for Mediation" was February 11, 2010 (45 days after the Joint Site Inspection, which that order set as December 28, 2009).  Plaintiff failed to file any such notice, and other than a dismissal of Defendant Ramada Worldwide, Inc., there is no activity reflected in the docket of this case since it was removed from state court.  Therefore,

IT IS HEREBY ORDERED that, no later than October 12, 2010, Plaintiff shall file a declaration showing cause, if any, why this case should not be dismissed for failure to prosecute.  *See*, FED.R.CIV.PRO. 41(b).

Dated: *9/27/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*