UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAMADA WORLDWIDE, INC.; GOOD KARMA HOSPITALITY, INC.; AND DOES 1 THROUGH 10, Inclusive,<br><br>　　　　　　Defendants. | Case No. C0904396-JW<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT RAMADA WORLDWIDE INC.<br><br>[Filed Concurrently with Joint Stipulation] |

　　Have read and considered the parties' Joint Stipulation for Dismissal of Defendant Ramada Worldwide Inc., IT IS HEREBY ORDERED that Defendant Ramada Worldwide Inc. is dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated: October 25, 2010

　　　　　　　　　　　　　　　　　　　　　／s／ James Ware
　　　　　　　　　　　　　　　　　　　　　Honorable James Ware
　　　　　　　　　　　　　　　　　　　　　Unites States District Judge

SM01DOCS\784230.1

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF RAMADA WORLDWIDE INC.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, CA 90401-2305. My email address is jcchiri@bryancave.com.

On May 5, 2010, I served the foregoing document, described as [PROPOSED] ORDER GRANTING STIPULATION for DISMISSAL OF DEFENDANT RAMADA WORLDWIDE INC. on each interested party in this action, as follows:

David C. Wakefield, Esq.           *Attorney for Plaintiff*
POB 712739                         *ROBERT McCARTHY*
San Diego, CA 92171-2739
Telephone: 619.241.7112
Facsimile: 619.342.7755
Email: dcw@DMWakeLaw.com

☒ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ (BY FEDERAL EXPRESS) I deposited in a box or other facility maintained by Federal Express, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

☐ (BY FAX) I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each transmission report from sending facsimile machine telephone number (310) 576-2200 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

Executed on May 5, 2010, at Santa Monica, California.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Judith C. Chiri
Judith C. Chiri