1  David C. Wakefield, Esq.     Bar #: 185736
   Law Office Of David C. Wakefield
2  Mailing Address: POB 712739
   San Diego, CA  92171-2739
3  Telephone: (619) 241-7112
   Facsimile: (619) 342-7755
4
5  Attorneys for Plaintiff

**IT IS SO ORDERED**
Judge James Ware

10/25/2010

## UNITED STATES DISTRICT COURT

## NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY , | Case No.: **C09-04396** JW |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| RAMADA WORLDWIDE, INC.; GOOD KARMA HOSPITALITY, INC.; And DOES 1 THROUGH 10, Inclusive | |
| Defendants. | [Fed.R.Civ.P. Rule 41(a)(1)] |

///
///
///

1   Case Number: C09-04396 PVT          )

Document Date: October 20, 2010

1  Plaintiff ROBERT McCARTHY hereby gives Notice of his Voluntary Dismissal
2  WITHOUT Prejudice as to remaining Defendant GOOD KARMA HOSPITALITY, INC and the
3  remaining case in its entirety.  Defendant GOOD KARMA HOSPITALITY, INC never officially
4  appeared in this action.  The removing Defendant RAMADA WORLDWIDE, INC. that
5  appeared in this action was previously dismissed on May 5, 2010 due to a settlement.

**IT IS SO REQUESTED AND NOTICE GIVEN.**

Dated:  October 20, 2010         **LAW OFFICES OF DAVID C. WAKEFIELD**

                       By:   /S/   David C. Wakefield_____
                             David C. Wakefield, Esq.
                             Attorney for Plaintiff Robert McCarthy

IT IS SO ORDERED.

The Clerk shall close this file.

Dated: October 25, 2010

_____
United States District Judge

2    Case Number: C09-04396 PVT    )

Document Date: October 20, 2010

CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is POB 712739, San Diego, California, 92171-2739.

**On this date, I served the following document(s) described as NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the following parties in this action by:
  _____ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Central Division of California, Case Management/Electronic Case Files, Filing System.  I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

GOOD KARMA HOSPITALITY, INC
16115 Condit Road,
Morgan Hill, California 95037-9508
For Defendant GOOD KARMA HOSPITALITY, INC

  __X__ **BY MAIL:** placing _____ the original __X__ a true copy thereof enclosed in sealed enveloped addressed as stated above.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
  __X__ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

  **EXECUTED** on October 21, 2010, at San Diego, California.

          /S/ David C. Wakefield_____
          David C. Wakefield

3  Case Number: C09-04396 PVT  )

Document Date: October 20, 2010